

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOSEPH JOHN KUBALA | § | CASE NO. 19-40292-R |
| XXX-XX-6252 | § | |
| 3505 SPRUCE STREET | § | CHAPTER 13 |
| ROYSE CITY, TX 75189 | § | |
| | § | |
| ERIN COLLEEN KUBALA | § | |
| XXX-XX-7868 | § | |
| | § | |
| DEBTORS | § | |

<u>ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN, SETTING 30-DAY DISMISSAL DEADLINE FOR FILING NEW CHAPTER 13 PLAN, AND SETTING FINAL DISMISSAL DEADLINE PERTAINING TO PLAN CONFIRMATION</u>

ON THIS DATE, the Court considered the Confirmation of the Chapter 13 Plan proposed by the Debtors in the above captioned case. For the reasons set forth below, the Confirmation of the Chapter 13 Plan should be denied. In light of the failure of the Debtors to confirm a Chapter 13 Plan, and in order to insure the prompt administration of this case and to prevent any abuse of process, good cause exists for the entry of the following Order:

IT IS THEREFORE ORDERED that Confirmation of the Chapter 13 Plan proposed by the Debtors is DENIED without prejudice to the rights of the Debtors to file a new Chapter 13 Plan.

IT IS FURTHER ORDERED that the Debtors file a new Chapter 13 Plan within thirty (30) days of the date of this Order.

IT IS FURTHER ORDERED that, in the event the Debtors fail to file a new Chapter 13 Plan within thirty (30) days of the date of this Order, absent a further order of the Court extending such deadline for cause shown, or in the event the Debtors thereafter fail to confirm such new Chapter 13 Plan upon consideration by the Court under its normal procedures, this Chapter 13 case shall be dismissed, pursuant to §349(a) of the Bankruptcy Code, without further notice or hearing and *with prejudice* to the rights of the Debtors to file a subsequent petition under any of the provisions of Title 11, United States Bankruptcy Code, for a period of one hundred twenty (120) days from the entry of the order of dismissal, and the Chapter 13 Trustee shall be authorized, following the payment of any allowed administrative expenses, to remit any sums remaining in her possession to the Debtors.

Signed on 5/17/2019

*Brenda T. Rhoades*    SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

```
                         United States Bankruptcy Court
                            Eastern District of Texas
In re:                                                              Case No. 19-40292-btr
Joseph John Kubala                                                  Chapter 13
Erin Colleen Kubala
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0540-4          User: shannonk             Page 1 of 3             Date Rcvd: May 17, 2019
                              Form ID: pdf400           Total Noticed: 66


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2019.
db/jdb         +Joseph John Kubala, III,   Erin Colleen Kubala,    3505 Spruce Street,
                 Royse City, TX 75189-6228
cr             +Freedom Mortgage Corporation,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr             +Hunt County,   Linebarger Goggan Blair & Sampson LLP,     c/o Melissa L. Palo,
                 2777 N. Stemmons Freeway,   Suite 1000,    Dallas, Tx 75207-2328
cr             +Woodland Creek of Royse City,    c/o Riddle and Williams,    3811 Turtle Creek Blvd,   Suite 500,
                 Dallas, TX 75219,   US 75219-4497
7628128         24 Hour Physicians, Inc.,    P.O. Box 4346, Dept. 452,    Houston, TX 77210-4346
7628129         AFNI,   P.O. Box 94063,   Palatine, IL 60094-4063
7628130        +Amcol Systems, Inc.,    111 Lancewood Rd.,    Columbia, SC 29210-7523
7628131        +American Coradius International, LLC,     2420 Sweet Home Rd., Suite 150,
                 Amherst, NY 14228-2244
7628135         Baylor Scott & White,    P.O. Box 842727,    Dallas, TX 75284-2727
7628136        +Baylor University Medical Center,    3500 Gaston Avenue,    Dallas, TX 75246-2088
7628137        +Bonial & Associates, P.C.,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
7628138         Burns, Cooper & Associates,    P.O. Box 1459,    Sulphur Springs, TX 75483-1459
7628140         CareNow,   P.O. Box 743571,    Atlanta, GA 30374-3571
7668929        +Chase Bank USA, N.A.,   c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, Florida 33487-2853
7628142         Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
7628148         Discover Financial Services,    P.O. Box 733509,    Dallas, TX 75373-3509
7628149        +Dish Network,   1910 Joe Stephens Ave.,    Weslaco, TX 78599-3702
7628150         Diversified Healthcare Services, Inc.,     P.O. Box 830808,   Richardson, TX 75083-0808
7628151        +Fed Loan Servicing,   ATTN: Bankruptcy,    P.O. Box 69184,    Harrisburg, PA 17106-9184
7628152         Financial Corporation of America,    P.O. Box 732651,    Dallas, TX 75373-2651
7628153        +First Choice Emergency Room,    220 E. Las Colinas, Ste. 1000,    Irving, TX 75039-1226
7628154         Freedom Mortgage,   301 Harper Dr.,    Mt. Laurel, NJ 08054
7673162        +Freedom Mortgage Corporation,    10500 Kincaid Drive,    Fishers, Indiana 46037-9764
7628155         GEICO,   2280 N Greenville Ave.,    Richardson, TX 75082-4412
7661418        +Hunt County,   Linebarger Goggan Blair & Sampson, LLP,     c/o Melissa L. Palo,
                 2777 N. Stemmons Frwy,   Suite 1000,    Dallas, TX 75207-2328
7628157         IC System,   P.O. Box 64738,    St. Paul, MN 55164-0378
7628159         Laboratory Corporation of America,    1801 1st Ave. S #101,    Birmingham, AL 35233-1910
7628162        +Optum Bank,   2525 Lake Park Blvd, #101,    Salt Lake City, UT 84120-8230
7628164        +PMAB, LLC,   4135 S Stream Blvd, #400,    Charlotte, NC 28217-4636
7628163         Penn Credit Corporation,    P.O. Box 69703,    Harrisburg, PA 17106-9703
7628165        +QVC,   1200 Wilson Dr.,   West Chester, PA 19380-4262
7628166         Red River Valley Radiology,    P.O. Box 100,    Paris, TX 75461-0100
7628167        +Riddle & Williams,    3811 Turtle Creek Blvd., Suite 500,    Dallas, TX 75219-4497
7661417        +Rockwall CAD,   Linebarger Goggan Blair & Sampson, LLP,     c/o Melissa L. Palo,
                 2777 N. Stemmons Frwy,   Suite 1000,    Dallas, TX 75207-2328
7628168        +Rockwall Urgent Care,    810 E Ralph Hall Pkwy,    Rockwall, TX 75032-6879
7628169        ++SUDDENLINK COMMUNICATIONS,    6013 63RD STREET,    LUBBOCK TX 79424-2718
               (address filed with court:  Suddenlink Communications,    520 Maryville Centre Dr.,
                 St. Louis, MO 63141)
7628171        +Texas Health Physicians Group,    9229 LBJ Freeway,    Dallas, TX 75243-4403
7628172        +Texas Medicine Resources,    1105 N Central Expy,    Allen, TX 75013-6103
7628173        +Texas Secretary of State,    101 E. 15th St.,    Austin, TX 78778-1442
7628174        +The Mitchell Law Firm, L.P.,    12720 Hillcrest Road, Suite 625,    Dallas, Texas 75230-2163
7628176         USAA Federal Savings Bank,    10750 McDermott Freeway,    San Antonio, TX 78288-9876
7628175        +United Revenue Corp,    204 Billings St., Suite 210,    Arlington, TX 76010-2495
7628177        ++WALNUT HILL MEDICAL CENTER,    7515 GREENVILLE AVENUE,    STE 710,    DALLAS TX 75231-3848
               (address filed with court:  Walnut Hill Medical Center,    7502 Greenville Ave.,
                 Dallas, TX 75231)
7657345         Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
7628178        +Wells Fargo Financial,    3455 Beltline Rd., N. Suite 215,    Irving, TX 75062-7861
7628179        +Woodland Creek HOA,    3811 Turtle Creek Blvd., Suite 500,    Dallas, TX 75219-4497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
7628133         E-mail/Text: legal@arsnational.com May 18 2019 02:04:03     ARS National Services, Inc.,
                 P.O. Box 469046,   Escondido, CA 92046-9046
7628134        +E-mail/Text: g20956@att.com May 18 2019 02:04:32     AT&T Mobility,    P.O. Box 537104,
                 Atlanta, GA 30353-7104
7628132         E-mail/Text: bkrpt@retrievalmasters.com May 18 2019 02:04:11
                 American Medical Collection Agency,    P.O. Box 1235,   Elmsford, NY 10523-0935
7660047         E-mail/PDF: resurgentbknotifications@resurgent.com May 18 2019 02:05:17
                 Ashley Funding Services, LLC,   Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
7628141         E-mail/Text: ering@cbhv.com May 18 2019 02:04:10     CBHV,    P.O. Box 831,
                 Newburgh, NY 12551-0831
7628147         E-mail/Text: bankruptcy@cutx.org May 18 2019 02:04:26     Credit Union of Texas,
                 P.O. Box 517028,   Dallas, TX 75251
```

```
District/off: 0540-4           User: shannonk                Page 2 of 3                   Date Rcvd: May 17, 2019
                               Form ID: pdf400               Total Noticed: 66

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
7657344        E-mail/Text: bankruptcy@cutx.org May 18 2019 02:04:26      Credit Union of Texas,
                 PO Box 515718,    Dallas TX 75251
7632204       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 18 2019 02:05:03
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
7628139        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 18 2019 02:05:12
                 Capital One Bank, N.A.,    P.O. Box 30285,   Salt Lake City, UT 84130-0285
7628143       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 18 2019 02:04:04        Comenity Bank,
                 4590 E. Broad Street,    Columbus, OH 43213-1301
7628144        E-mail/Text: bankruptcy_notifications@ccsusa.com May 18 2019 02:04:44
                 Credit Collection Service,    P.O. Box 55126,   Boston, MA 02205-5126
7628145        E-mail/PDF: creditonebknotifications@resurgent.com May 18 2019 02:05:00       Credit One Bank,
                 P.O. Box 60500,    City of Industry, CA 91716-0500
7628146       +E-mail/Text: CSIBKR@CREDITSYSTEMSINTL.COM May 18 2019 02:04:37       Credit Systems International,
                 1277 Country Club Lane,    Fort Worth, TX 76112-2304
7634644       +E-mail/Text: DSLBKYPRO@discover.com May 18 2019 02:04:26      Discover Student Loans,
                 PO Box 30925,    Salt Lake City, UT 84130-0925
7628158        E-mail/Text: cio.bncmail@irs.gov May 18 2019 02:03:59      Internal Revenue Service,
                 Special Procedures - Insolvency,    P.O. Box 7346,   Philadelphia, PA 19101-7346
7671571        E-mail/PDF: resurgentbknotifications@resurgent.com May 18 2019 02:05:03       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
7650514       +E-mail/Text: bankruptcydpt@mcmcg.com May 18 2019 02:04:11      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
7628160       +E-mail/Text: rcpsbankruptcynotices@parallon.com May 18 2019 02:04:46        Medicredit,
                 P.O. Box 1629,    Maryland Heights, MO 63043-0629
7628161        E-mail/Text: bankruptcydpt@mcmcg.com May 18 2019 02:04:11      Midland Credit Management (MCM),
                 P.O. Box 60578,    Los Angeles, CA 90060-0578
7628165       +E-mail/Text: BKMailbox@QVC.com May 18 2019 02:03:14      QVC,   1200 Wilson Dr.,
                 West Chester, PA 19380-4262
7628170        E-mail/PDF: gecsedi@recoverycorp.com May 18 2019 02:05:11      Synchrony Bank,
                 ATTN: Bankruptcy Dept.,    P.O. Box 965061,   Orlando, FL 32896-5061
                                                                                              TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Rockwall CAD,   Linebarger Goggan Blair & Sampson, LLP,   c/o Melissa L. Palo,
               2777 N. Stemmons Frwy,   Suite 1000,   Dallas, TX 75207-2328
7628156      ##+Hunt Regional Medical Center,   4215 Joe Ramsey Blvd. E,   Greenville, TX 75401-7852
                                                                                              TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2019                                    Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2019 at the address(es) listed below:
          Carey D. Ebert    on behalf of Trustee Carey D. Ebert, ECFch13plano@ch13plano.com
          Carey D. Ebert,    ECFch13plano@ch13plano.com
          Chandra Dianne Pryor    on behalf of Creditor   Freedom Mortgage Corporation
           chandra.pryor@bonialpc.com
          Gregory W. Mitchell    on behalf of Joint Debtor Erin Colleen Kubala greg@mitchellps.com
          Gregory W. Mitchell    on behalf of Debtor Joseph John Kubala, III greg@mitchellps.com
          Lance E. Williams    on behalf of Creditor   Woodland Creek of Royse City
           lwilliams@riddleandwilliams.com, ashanks@riddleandwilliams.com
```

```
District/off: 0540-4          User: shannonk              Page 3 of 3              Date Rcvd: May 17, 2019
                              Form ID: pdf400             Total Noticed: 66


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Melissa L. Palo    on behalf of Creditor    Hunt County melissa.palo@lgbs.com,
               Julie.wilson@lgbs.com
              Melissa L. Palo    on behalf of Creditor    Rockwall CAD melissa.palo@lgbs.com,
               Julie.wilson@lgbs.com
              US Trustee     USTPRegion06.TY.ECF@USDOJ.GOV
                                                                                             TOTAL: 9
```