UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOSEPH JOHN KUBALA | § | CASE NO.  19-40292-R |
| XXX-XX-6252 | § | |
| 3505 SPRUCE STREET | § | CHAPTER 13 |
| ROYSE CITY, TX  75189 | § | |
| | § | |
| ERIN COLLEEN KUBALA | § | |
| XXX-XX-7868 | § | |
| | § | |
| DEBTORS | § | |

## NOTICE OF ENTRY OF
## ORDER CONFIRMING CHAPTER 13 PLAN
## AND RELATED ORDERS

NOTICE IS HEREBY GIVEN that the "Order Confirming Chapter 13 Plan and Related Orders" was entered by the Court on August 19, 2019, in the case referenced above.

The Order Confirming Chapter 13 Plan and Related Orders is available for public inspection using a public computer terminal at any of the following divisional offices of the United States Bankruptcy Clerk:

| | | |
|---|---|---|
| Plaza Tower | Wells Fargo Bank Building | Jack Brooks Federal Building |
| 110 N. College Avenue, 9th Floor | 660 N. Central Expressway, 3rd Floor | 300 Willow Street, 1st Floor |
| Tyler, Texas | Plano, Texas | Beaumont, Texas |

The Order Confirming Chapter 13 Plan and Related Orders also may be viewed at the website of the Chapter 13 Trustee. To view the document, go to [www.ch13tyler.com (for John Talton) or www.13network.com/trustees/pla/plahome.asp (for Carey D. Ebert, Chapter 13 Trustee )] and then click the hyperlink entitled "Confirmation Orders". Enter the case number. There is no charge to view, print or download this document from this website. (The Order Confirming Chapter 13 Plan and Related Orders is also available through the Court's own PACER system, although appropriate charges for this service will be assessed.)

Dated:   August 21, 2019                             By:   /s/ Carey D. Ebert, Chapter 13 Trustee
                                                                              Office of the Standing Chapter 13 Trustee

CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing Notice of Entry of Order Confirming Chapter 13 Plan and Related Orders has been served upon the following parties in interest on the date set forth below by mailing a copy of same to them via first class mail. If no address is listed, no notice was sent to that party.

JOSEPH JOHN KUBALA
ERIN COLLEEN KUBALA
3505 SPRUCE STREET
ROYSE CITY, TX  75189

THE MITCHELL LAW FIRM L.P.
12720 HILLCREST ROAD SUITE 625
DALLAS,   75230

and to the parties on the attached mailing matrix.

Dated: August 21, 2019                      /s/ Carey D. Ebert, Chapter 13 Tr
                                                        Office of the Standing Chapter 13 Trustee

| | | |
|---|---|---|
| 24 HOUR PHYSICIAN INC.<br>P.O. BOX 4346<br>DEPT. 452<br>HOUSTON, TX  77210 | AFNI<br>PO BOX 94063<br>PALATINE, IL  60094-4063 | AMERICAN CORADIUS INTERNATIONAL<br>2420 SWEET HOME RD  STE 150<br>AMHERST, NY  14228-2244 |
| AMERICAN MEDICAL COLLECTION AGENCY<br>P. O. BOX 1235<br>ELMSFORD, NY  10523-0935 | ASHLEY FUNDING SERVICES<br>RESURGENT CAPITAL SERVICES<br>P.O. BOX 10587<br>GREENVEILL, SC  29603-0587 | ASHLEY FUNDING SERVICES, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 |
| AT&T MOBILITY<br>P. O. BOX 537104<br>ATLANTA, GA  30353-7104 | BAYLOR MEDICAL CENTER<br>3500 GASTON AVE<br>DALLAS, TX  75246 | BAYLOR SCOTT & WHITE<br>P.O. BOX 842727<br>DALLAS, TX  75284 |
| BONIAL & ASSOCIATES P.C.<br>14841 DALLAS PARKWAY SUITE 425<br>DALLAS, TX  75254 | BURNS COOPER & ASSOCIATES<br>PO BOX 1459<br>SULPHUR SPRINGS, TX  75483 | CAPITAL ONE<br>P. O. BOX 30285<br>SALT LAKE CITY, UT  84130-0285 |
| CAPITAL ONE BANK (USA) N.A.<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY, OK  73118-7901 | CAPITAL ONE BANK (USA), N.A.<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY, OK  73118-7901 | CAPITAL ONE BANK (USA), N.A.<br>P. O. BOX 71083<br>CHARLOTTE, NC  28272-1083 |
| CARE NOW<br>P.O. BOX 743571<br>ATLANTA, GA  30374-3571 | CBHV<br>PO BOX 831<br>NEWBURGH, NY  12551-0831 | CHASE<br>BOX 15298<br>WILMINGTON, DE  19850-9850 |
| CHASE BANK USA N.A.<br>C/O ROBERTSON ANSCHUTZ & SCHNEID P.L.<br>6409 CONGRESS AVE STE 100<br>BOCA RATON, FL  33487-2853 | CHASE BANK USA, N.A. C/O<br>JPMORGAN CHASE BANK<br>PO BOX 15368<br>WILMINGTON, DE  19850 | COMENITY BANK<br>4590 E BROAD ST<br>COLUMBUS, OH  43213 |
| CREDIT COLLECTION SERVICE<br>PO BOX 55126<br>BOSTON, MA  02205 | CREDIT ONE BANK<br>P. O. BOX 60500<br>CITY OF INDUSTRY, CA  91716-0500 | CREDIT SYSTEMS<br>1277 COUNTRY CLUB LN<br>FORT WORTH, TX  76112 |
| CREDIT UNION OF TEXAS<br>P. O. BOX 515718<br>DALLAS, TX  75251-5718 | CREDIT UNION OF TEXAS<br>P. O. BOX 517028<br>DALLAS, TX  75251 | DISCOVER FINANCIAL SERVICES<br>P. O. BOX 3025<br>NEW ALBANY, OH  43054-3025 |

| | | |
|---|---|---|
| DISCOVER STUDENT LOANS<br>P. O. BOX 30925<br>SALT LAKE CITY, UT  84130 | DISCOVER STUDENT LOANS<br>PO BOX 6107<br>CAROL STREAM, IL  60197-6107 | DISH NETWORK<br>1910 JOE STEPHENS AVE<br>WESALCO, TX  78599-3702 |
| DISH NETWORK<br>P. O. BOX 105169<br>ATLANTA, GA  30348-5169 | DIVERSIFIED HEALTHCARE SERVICE<br>P.O. BOX 830808<br>RICHARDSON, TX  75083 | FEDLOAN SERVICING<br>ATTN: BANKRUPTCY<br>PO BOX 69184<br>HARRISBURG, PA  17106 |
| FIRST CHOICE EMERGENCY ROOM<br>PO BOX 841047<br>DALLAS, TX  75284-1047 | FIRST CHOICE EMERGENCY ROOM<br>220 E LAS COLINAS STE 1000<br>IRVING, TX  75039-1226 | FREEDOM MORTGAGE<br>301 HARPER DR.<br>MT. LAUREL, NJ  08054 |
| FREEDOM MORTGAGE<br>ATTN: PAYMENT PROCESSING<br>10500 KINCAID DR. STE. 300<br>FISHERS, IN  46037 | FREEDOM MORTGAGE CORPORATIO<br>10500 KINCAID DRIVE<br>FISHERS, IN  46037 | GEICO<br>ONE GEICO PLAZA<br>BETHESDA, MD  20810 |
| HUNT COUNTY<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS, TX  75207 | HUNT REGIONAL HEALTHCARE<br>PO BOX 732651<br>DALLAS, TX  75373-2651 | HUNT REGIONAL MEDICAL CENTER<br>4215 JOE RAMSEY BLVD<br>GREENVILLE, TX  75401 |
| IC SYSTEM<br>P. O. BOX 64378<br>SAINT PAUL, MN  55164 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>OPERATIONS<br>P. O. BOX 7346<br>PHILADELPHIA, PA  19101-7346 | INTERNAL REVENUE SERVICE<br>P. O. BOX 7317<br>PHILADELPHIA, PA  19101-7317 |
| LABORATORY CORPORATION OF AMERICA<br>1801 1ST AVE S # 101<br>BIRMINGHAM, AL  35233-1910 | LABORATORY CORPORATION OF AMERICA<br>PO BOX 2240<br>BURLINGTON, NC  27216-2240 | LINEBARGAR GOGGAN BLAIR & SAMPSON LLP<br>2777 N. STEMMONS FREEWAY SUITE 1000<br>DALLAS, TX  75207 |
| LVNV FUNDING, LLC<br>RESURGENT CAPITAL SERVICES<br>P. O. BOX 10587<br>GREENVILLE, SC  29603-0587 | MEDICREDIT<br>PO BOX 1629<br>MARYLAND HEIGHTS, MO  63043 | MIDLAND CREDIT MANAGEMENT<br>PO BOX 60578<br>LOS ANGELES, CA  90060 |
| MIDLAND CREDIT MANAGEMENT, INC<br>AS AGENT FOR MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI  48090-2011 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI  48090-2011 | OPTUM BANK<br>2525 LAKE PARK BLVD #101<br>SALT LAKE CITY, UT  84120 |

| | | |
|---|---|---|
| PENN CREDIT<br>PO BOX 69703<br>HARRISBURG, PA  17106-9703 | PMAB LLC<br>4135 SOUTH STREAM BLVD<br>SUITE 400<br>CHARLOTTE, NC  28217 | QVC<br>1200 WILSON DR.<br>WEST CHESTER, PA  19380 |
| RED RIVER VALLEY RADIOLOGY<br>PO BOX 100<br>PARIS, TX  75461-0100 | RIDDLE & WILLIAMS, P.C.<br>3811 TURLE CREEK BLVD<br>STE. 500<br>DALLAS, TX  75219 | ROCKWALL CAD<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS, TX  75207 |
| ROCKWALL URGENT CARE<br>810 E RALPH HALL PKWY<br>ROCKWALL, TX  75032-6879 | ROCKWALL URGENT CARE<br>PO BOX 731856<br>DALLAS, TX  75373 | SUDDENLINK COMMUNICATIONS<br>P. O. BOX 130489<br>TYLER, TX  75713-0489 |
| SUDDENLINK COMMUNICATIONS<br>6013 63RD ST<br>LUBBOCK, TX  79424 | SYNCHRONY BANK<br>ATTN: BANKRUPTCY DEPT.<br>P.O. BOX 965061<br>ORLANDO, FL  32896 | TEXAS HEALTH PHYSICIAN GROUP<br>PO BOX 733509<br>DALLAS, TX  75373 |
| TEXAS HEALTH PHYSICIANS GROUP<br>PO BOX 732262<br>DALLAS, TX  75373 | TEXAS HEALTH PHYSICIANS GROUP<br>ATTN: PAYROLL DEPT.<br>9229 LBJ FREEWAY<br>DALLAS, TX  75243 | TEXAS MEDICINE RESOURCES<br>1105 CENTRAL EXPY.<br>ALLEN, TX  75013 |
| TEXAS MEDICINE RESOURCES<br>P. O. BOX 8549<br>FORT WORTH, TX  76124-0549 | TEXAS SECRETARY OF STATE<br>101 E 15TH ST<br>AUSTIN, TX  78778 | U.S. DEPARTMENT OF EDUCATION<br>C/O FEDLOAN SERVICING<br>P. O. BOX 69184<br>HARRISBURG, PA  17106-9184 |
| U.S. DEPARTMENT OF EDUCATION<br>C/O FEDLOAN SERVICING<br>P.O. BOX 530210<br>ATLANTA, GA  30353-0210 | U.S. DEPARTMENT OF EDUCATION<br>C/O FedLoan Servicing<br>PO BOX 790234<br>ST. LOUIS, MO  63179 | UNITED REVENUE CORPORATION<br>ATTENTION: OFFICE MANAGER<br>204 BILLINGS STREET<br>SUITE 210<br>ARLINGTON, TX  76010 |
| US ATTORNEY GENERAL<br>DEPARTMENT OF JUSTICE<br>MAIN JUSTICE BUILDING<br>10TH & CONSTITUTION AVE., NW<br>WASHINGTON, DC  20530-0001 | US TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>110 NORTH COLLEGE AVENUE, SUITE 300<br>TYLER, TX  75702-7231 | USAA FEDERAL SAVINGS BANK<br>10750 MCDERMOTT<br>SAN ANTONIO, TX  78788 |
| WALNUT HILL MEDICAL CENTER<br>7502 GEENVILLE AVE.<br>DALLAS, TX  75231 | WALNUT HILL MEDICAL CENTER<br>7515 GREENVILLE AVE<br>STE 710<br>DALLAS, TX  75231 | WELLS FARGO BANK, N.A.<br>P. O. BOX 10438<br>DES MOINES, IA  50306-0438 |

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A.<br>PO BOX 14487<br>DES MOINES, IA  50309 | WELLS FARGO FINANCIAL<br>3455 BELTLINE RD. N. SUITE 215<br>IRVING, TX  75062 | WELLS FARGO FINANCIAL<br>PO BOX 6995<br>PORTLAND, OR  97228-6995 |

WOODLAND CREEK HOA
3811 TURTLE CREEK BLVD, STE 500
DALLAS, TX  75219

PLA_Notice_OCP