Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

Suite 300B
660 North Central Expressway
Plano, TX 75074

Bankruptcy Proceeding No.: 19−40292
Chapter: 13
Judge: Brenda T. Rhoades

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph John Kubala III | Erin Colleen Kubala |
| aka J.J. Kubala | 3505 Spruce Street |
| 3505 Spruce Street | Royse City, TX 75189 |
| Royse City, TX 75189 | |

Social Security / Individual Taxpayer ID No.:
  xxx−xx−6252                                                    xxx−xx−7868

Employer Tax ID / Other nos.:

PLEASE TAKE NOTICE that a hearing will be held at

Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074

on 3/18/20 at 01:00 PM

to consider and act upon the following:

Hearing Set (RE: related document(s)51 Motion for Relief from Automatic Stay With Waiver of 30−Day Hearing Requirement As To 3505 SPRUCE STREET, ROYSE CITY, TX 75189 Filed by Freedom Mortgage Corporation (Attachments: # 1 Affidavit # 2 Exhibit # 3 Proposed Order) filed by Creditor Freedom Mortgage Corporation). Hearing scheduled for 3/18/2020 at 01:00 PM at Plano Bankruptcy Courtroom. (mb)

Dated: 2/27/20

                                                                Jason K. McDonald
                                                                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Eastern District of Texas

In re:  
Joseph John Kubala  
Erin Colleen Kubala  
    Debtors

Case No. 19-40292-btr  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0540-4      User: admin      Page 1 of 1      Date Rcvd: Feb 27, 2020  
                                 Form ID: 100      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2020.
```
db/jdb         +Joseph John Kubala, III,    Erin Colleen Kubala,    3505 Spruce Street,
                 Royse City, TX 75189-6228
cr             +Freedom Mortgage Corporation,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr             +Hunt County,    Linebarger Goggan Blair & Sampson LLP,    c/o Melissa L. Palo,
                 2777 N. Stemmons Freeway,    Suite 1000,    Dallas, Tx 75207-2328
cr             +Rockwall CAD,    Linebarger Goggan Blair & Sampson, LLP,    c/o Melissa L. Palo,
                 2777 N. Stemmons Frwy,    Suite 1000,    Dallas, TX 75207-2328
cr             +Woodland Creek of Royse City,    c/o Riddle and Williams,    3811 Turtle Creek Blvd,    Suite 500,
                 Dallas, TX  75219,    US 75219-4497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2020 at the address(es) listed below:
```
          Carey D. Ebert    on behalf of Trustee Carey D. Ebert, ECFch13plano@ch13plano.com
          Carey D. Ebert,    ECFch13plano@ch13plano.com
          Chandra Dianne Pryor    on behalf of Creditor    Freedom Mortgage Corporation
           chandra.pryor@bonialpc.com
          Gregory W. Mitchell    on behalf of Debtor Joseph John Kubala, III greg@mitchellps.com
          Gregory W. Mitchell    on behalf of Joint Debtor Erin Colleen Kubala greg@mitchellps.com
          John Schlotter    on behalf of Creditor    Freedom Mortgage Corporation
           bankruptcyecfmail@mccalla.com,    john.schlotter@mccalla.com
          Lance E. Williams    on behalf of Creditor    Woodland Creek of Royse City
           lwilliams@riddleandwilliams.com,    ashanks@riddleandwilliams.com
          Melissa L. Palo    on behalf of Creditor    Rockwall CAD lisa.cockrell@lgbs.com,
           Julie.wilson@lgbs.com
          Melissa L. Palo    on behalf of Creditor    Hunt County lisa.cockrell@lgbs.com,
           Julie.wilson@lgbs.com
          Michael  Zientz    on behalf of Creditor    Freedom Mortgage Corporation txed@mwzmlaw.com
          Stephen  Wu    on behalf of Creditor    Freedom Mortgage Corporation swu@mwzmlaw.com,
           txed@mwzmlaw.com
          US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV
                                                                                             TOTAL: 12
```