| Fill in this information to identify your case: | |
|---|---|
| **IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TEXAS** | |

**Debtor 1**: Joseph John Kubala, III
First Name / Middle Name / Last Name

**Debtor 2** (filing spouse): Erin Colleen Kubala
First Name / Middle Name / Last Name

**Case Number:** 19-40292

☐ Check if this modification is filed prior to filing of TRCC.

☐ Check if this modification is filed after TRCC filing but still within Benchmark Fee Period.

☒ Check if this modification is filed after Benchmark Fee Period.

List the sections which have been changed by this modification:

2.2, 3.2, 4.3

**TXEB Local Form 3015-d**

# MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

**Adopted: Dec 2017**

### TO THE HONORABLE JUDGE OF THIS COURT:

1. This Motion to Modify Previously-Confirmed Chapter 13 Plan (the "Modification Motion") is filed by the:

    ☒ **Debtor;**[1]        ☐ **Chapter 13 Trustee;**

    ☐ **Unsecured Claimant:** _____

    for the purpose of modifying certain specified provisions of that Chapter 13 Plan which had previously been confirmed for the Debtor on 8/19/2019 **[dkt #41]**. Except as modified herein, all provisions of the confirmed Chapter 13 Plan remain in full force and effect.

    If this Motion is filed by the Debtor, each Debtor:

    ☐ certifies that an amended Schedule I and Schedule J have been filed contemporaneously with this motion;

    ☒ declares, under penalty of perjury, that the information contained in Schedule I and Schedule J, as previously filed with the Court, remains true and correct.

**28-DAY NEGATIVE NOTICE – LBR 3015(h):**

**Your rights may be affected by the plan modifications sought in this pleading. You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you oppose the relief sought by this pleading, you <u>must</u> file a written objection, explaining the factual and/or legal basis for opposing the relief.**

**No hearing will be conducted on this Motion unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading *WITHIN TWENTY-EIGHT (28) DAYS FROM DATE OF SERVICE* shown in the certificate of service unless the Court shortens or extends the time for filing such objection. If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the Court may enter an order confirming this plan modification. If an objection is filed and served in a timely manner, the court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection may be stricken. The Court reserves the right to set a hearing on any matter.**

---

[1] The use of the singular term "Debtor" in this Modification Motion includes both debtors when the case has been initiated by the filing of a joint petition by spouses.

Debtor: Joseph John Kubala, III　　　Case number: 19-40292

2. This Modification Motion is required *[select all applicable]*:

　　☐ to reconcile the Plan with allowed claims pursuant to the TRCC;

　　☒ to increase the amount of payments required under the Plan;

　　☐ to reduce the amount of payments required under the Plan;

　　☐ to provide for an allowed claim omitted from treatment under the Plan;

　　☒ to extend the time for making payments required under the Plan;

　　☐ to reduce the time for making payments required under the Plan;

　　☐ to surrender collateral pursuant to § 3.6;

　　☐ to cease further plan disbursements to a particular claimant;

　　☐ to cure a delinquency in the plan payments caused by _____;

　　☐ to increase the amount of retained income tax refunds authorized under § 2.4;

　　　　**Reason:** _____;

　　☒ to seek approval of an additional award of attorney's fees to the Debtor's attorney;

　　☒ Other: To add claim for post-confirmation mortgage arrears caused by loss of income due to corona virus.

　　☐ to add a nonstandard provision to Part 8 of the Plan *[check box below]*;

3. **Notice to Creditors**: Regarding insertion of new Nonstandard Provision into Debtor's Plan:

| **Nonstandard provisions as set forth in Part 8.** | ☐ Included | ☒ Not included |
|---|---|---|

4. The specific modifications to the Debtor's Plan are as follows:

　　☒ **§ 2.2** of the Plan regarding regular plan payments[2] is **MODIFIED** in the following respects:

　　　Beginning on the 30th day after the Petition Date[3] unless the Court orders otherwise, the Debtor will make regular payments to the Trustee in variable amounts throughout the applicable commitment period and for such additional time as may be necessary to make the payments to claimants specified in Parts 3 through 5 of this Plan (the "Plan Term"). The payment schedule shall consist of:

　　　☐ **Constant Payments**: The Debtor will pay $ _____ per month for _____ months.

　　　☒ **Variable Payments**: The Debtor will pay make variable plan payments throughout the Plan Term. The proposed schedule for such variable payments are set forth in **Exhibit A** to this Order and are incorporated herein for all purposes.

　　　If plan payment amounts are increasing, the Debtor certifies that, with regard to **§ 2.3** of the Plan,

　　　　☐ a Motion for an Amended Wage Withholding Order for the increased payment amount has been filed;
　　　　☒ an increase of the amount to be transferred to the Trustee by electronic means has been authorized.

---

[2] Any reference to § 2.2 of the Plan herein includes any payments designated and confirmed under ¶ 2 of the 2006 version of TXEB Local Form 3015-a.

[3] The use of the term "Petition Date" in this Plan refers to the date that the Debtor filed the voluntary petition in this case.

| Debtor | Joseph John Kubala, III | Case number | 19-40292 |

- ☐ **None.** No additional Cure Claims designated for treatment under **§ 3.2** of the Plan.[4]
- ☐ **No Remaining Claims.** All claims previously listed as a Cure Claim in **§ 3.2** of the Plan have been reclassified.
- ☒ **Revised/Additional Cure Claims.** **§ 3.2** of the Plan regarding the treatment of Cure Claims is **MODIFIED** in the following respects; provided, however, that to the extent that any Cure Claim added hereto is composed of a post-petition mortgage arrearage, the payment of any such arrearage shall be deferred until such time as the Claimant files an amended proof of claim to quantify the amount of the post-petition arrearage, and, in any event, unless the Court specifically orders otherwise, such payment shall be subordinated to the existing payment rights of junior classes under the Debtor's previously-confirmed Chapter 13 Plan:

| Claimant | Collateral/Property Description | Debtor's DPO Amount | Cure Claim Amount | Plan Interest Rate | Projected Monthly Payment by Trustee | Projected Total Cure Payment by Trustee |
|---|---|---|---|---|---|---|
| Freedom Mortgage<br>☐ Revised Claim<br>☒ Additional Claim | 3505 Spruce Street | $ 1,301.66 | $10,990.96 | 0 % | pro-rata<br><br>☐ Trustee should suspend current plan payment | $10,990.96 |
| *Insert additional claims as needed.* | | | | | | |

- ☒ **None.** No additional 910 Claims designated for treatment under **§ 3.3** of the Plan.[5]
- ☐ **No Remaining Claims.** All claims previously listed as a 910 Claim in **§ 3.3** of the Plan have been reclassified.
- ☐ **Revised/Additional 910 Claims.** **§ 3.3** of the Plan regarding the treatment of 910 Claims is **MODIFIED** in the following respects:

| Claimant | Collateral Description | 910 Claim Amount | Plan Interest Rate | Equal Monthly Payment by Trustee | Projected Total Payment by Trustee |
|---|---|---|---|---|---|
| | | | | | |

- ☒ **None.** No additional 506 Claims designated for treatment under **§ 3.4** of the Plan.[6]
- ☐ **No Remaining Claims.** All claims previously listed as a 506 Claim in **§ 3.4** of the Plan have been reclassified.
- ☐ **Revised/Additional 506 Claims.** **§ 3.4** of the Plan regarding the treatment of 506 Claims is **MODIFIED** in the following respects:

| Claimant | Collateral Description | 506 Claim Amount | Collateral Value | Plan Interest Rate | Equal Monthly Payment by Trustee | Projected Total Payment by Trustee |
|---|---|---|---|---|---|---|
| | | | | | | |

- ☒ **None.** No additional Direct Claims designated for treatment under **§ 3.5** of the Plan.[7]
- ☐ **§ 3.5** of the Plan regarding the treatment of Direct Claims is **MODIFIED** in the following respects:

| Claimant | Collateral Description | Total Claim Amount on Petition Date | Collateral Value on Petition Date | Contract Interest Rate | Monthly Payment per Contract | Party to Make Payment | Date of Final Monthly Payment |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

---

[4] Any reference to § 3.2 of the Plan herein includes any payments designated and confirmed under ¶ 6(B) or ¶ 8 of the 2006 version of TXEB Local Form 3015-a.

[5] Any reference to § 3.3 of the Plan herein includes any payments designated and confirmed under ¶ 6(A)(ii)(a) of the 2006 version of TXEB Local Form 3015-a.

[6] Any reference to § 3.4 of the Plan herein includes any payments designated and confirmed under ¶ 6(A)(ii)(b) of the 2006 version of TXEB Local Form 3015-a.

[7] Any reference to § 3.5 of the Plan herein includes any payments designated and confirmed under ¶ 12(B) of the 2006 version of TXEB Local Form 3015-a.

Debtor: Joseph John Kubala, III   Case number: 19-40292

☒ **None.** No additional designations for surrender of collateral under **§ 3.6** of the Plan.[8]
☐ **Additional Surrender of Collateral.** **§ 3.6** of the Plan regarding the designation of property to be surrendered is **MODIFIED.** The Debtor surrenders to each additional claimant listed below the property that secures that creditor's claim and requests that, upon the granting of this Modification Motion, the automatic stay under § 362(a) be terminated as to the referenced collateral only and any co-debtor stay under § 1301 be terminated in all respects. Pending the consideration of this Modification Motion, the Trustee shall immediately cease any plan distribution to the additional claimant on account of the allowed secured claim for which the surrendered collateral stands as security. The affected claimant shall have **ninety (90) days after the entry of the order granting this Modification Motion** to file an amended proof of claim regarding recovery of any deficiency balance from the Estate resulting from the disposition of the collateral. Any such allowed general unsecured claim will thereafter be treated under § 5.2 of the confirmed plan.

| Claimant | Collateral Description | Collateral Location |
|---|---|---|
|  |  |  |

☒ **None.** No additional DSO Claims designated for treatment under **§ 4.4** of the Plan.[9]
☐ **No Remaining Claims.** All claims previously listed as a DSO Claim in **§ 4.4** of the Plan have been reclassified.
☐ **Revised/Additional DSO Claims. § 4.4** of the Plan regarding the treatment of DSO Claims is **MODIFIED** in the following respects:

| DSO Claimant | Projected DSO Claim Amount | Projected Monthly Payment by Trustee |
|---|---|---|
|  |  |  |

☒ **None.** No additional Tax/Other Priority Claims designated for treatment under **§ 4.6** of the Plan.[10]
☐ **No Remaining Claims.** All claims previously listed as a Tax/Other Priority Claim in **§ 4.6** of the Plan have been reclassified.
☐ **Revised/Additional Tax/Priority Claims. § 4.6** of the Plan regarding the treatment of Tax/Other Priority Claims is **MODIFIED** in the following respects:

| Priority Claimant | Projected Claim Amount | Projected Monthly Payment by Trustee |
|---|---|---|
|  |  |  |

☐ **Part 8** of the Plan is **MODIFIED** with the inclusion of the following Special Provision:

Under Bankruptcy Rule 3015(c), nonstandard provisions **must** be set forth below. A nonstandard provision is a provision not otherwise included in the Official TXEB Form or any deviation from it. *Any nonstandard provision set out elsewhere in this Modification Motion is void. Even if set forth below, any nonstandard provision is void **unless the "Included" box is checked in ¶ 3 of this Modification Motion.***

---

[8] Any reference to § 3.6 of the Plan herein includes any designations for surrender of collateral under ¶ 6(C) of the 2006 version of TXEB Local Form 3015-a.

[9] Any reference to § 4.4 of the Plan herein includes any payments designated and confirmed under ¶ 5(A) of the 2006 version of TXEB Local Form 3015-a.

[10] Any reference to § 4.6 of the Plan herein includes any payments designated and confirmed under ¶ 5(B) of the 2006 version of TXEB Local Form 3015-a.

Debtor _Joseph John Kubala, III_  Case number _19-40292_

5. **Request for Additional Attorney's Fees (Expiration of Benchmark Fee Period Only):**

    In light of the fact that the Benchmark Fee Period under LBR 2016(h) expired prior to the filing of this motion, the Debtor's attorney, Gregory W. Mitchell requests an additional award of $ 650.00 to be paid pursuant to § 4.3 of the confirmed Plan for legal services rendered and for reimbursement of expenses incurred with regard to the preparation and filing of this Modification Motion and other documents pertaining thereto. This award would be in addition to any other fees previously awarded or paid in this case and shall be paid in a manner consistent with § 9.2 of the confirmed Plan.

    WHEREFORE, the Movant, as identified in ¶ 1 herein, respectfully prays that the foregoing Modification Motion be granted, that the Debtor's Plan be modified in the manner set forth herein, that, if applicable, any request for additional attorney's fees as set forth in ¶5 be granted, and that such other and further relief be granted in this regard as may be appropriate under the circumstances.

**THE MITCHELL LAW FIRM, L.P.**

/s/ Gregory W. Mitchell
Gregory W. Mitchell
State Bar ID#: 00791285
George D. Wigington
State Bar ID#: 24091665
1412 Main Street, Suite 500
Dallas, Texas 75202
(972)463-8417 – Office
(972)432-7540 – Facsimile
E-mail: greg@mitchellps.com
*Attorney for Debtors*

I hereby certify that on July 1, 2020, the foregoing and EXHIBIT A were served on the creditors or parties in interest listed below on the attached master mailing matrix.

/s/ Gregory W. Mitchell
Gregory W. Mitchell

Debtor:   Joseph John Kubala, III                                   Case Number: 19-40292
          Erin Colleen Kubala

## EXHIBIT "A" - VARIABLE PLAN PAYMENTS

Payment Start Date: March 5, 2019

| Month | Payment | Month | Payment | Month | Payment |
|---|---|---|---|---|---|
| 1 | $ 400.00 | 25 | $ 495.00 | 49 | $ 645.00 |
| 2 | $ 184.62 | 26 | $ 495.00 | 50 | $ 645.00 |
| 3 | $ 276.93 | 27 | $ 495.00 | 51 | $ 645.00 |
| 4 | $ 276.93 | 28 | $ 495.00 | 52 | $ 645.00 |
| 5 | $ 495.00 | 29 | $ 570.00 | 53 | $ 720.00 |
| 6 | $ 495.00 | 30 | $ 570.00 | 54 | $ 720.00 |
| 7 | $ 495.00 | 31 | $ 570.00 | 55 | $ 720.00 |
| 8 | $ 495.00 | 32 | $ 570.00 | 56 | $ 720.00 |
| 9 | $ 495.00 | 33 | $ 570.00 | 57 | $ 720.00 |
| 10 | $ 495.00 | 34 | $ 570.00 | 58 | $ 720.00 |
| 11 | $ 495.00 | 35 | $ 570.00 | 59 | $ 720.00 |
| 12 | $ 495.00 | 36 | $ 570.00 | 60 | $ 720.00 |
| 13 | $ 495.00 | 37 | $ 570.00 | 61 | $ 720.00 |
| 14 | $ 495.00 | 38 | $ 570.00 | 62 | $ 720.00 |
| 15 | $ 495.00 | 39 | $ 570.00 | 63 | $ 720.00 |
| 16 | $ 495.00 | 40 | $ 570.00 | 64 | $ 720.00 |
| 17 | $ 495.00 | 41 | $ 645.00 | 65 | $ 795.00 |
| 18 | $ 495.00 | 42 | $ 645.00 | 66 | $ 795.00 |
| 19 | $ 495.00 | 43 | $ 645.00 | 67 | $ 795.00 |
| 20 | $ 495.00 | 44 | $ 645.00 | 68 | $ 795.00 |
| 21 | $ 495.00 | 45 | $ 645.00 | 69 | $ 795.00 |
| 22 | $ 495.00 | 46 | $ 645.00 | 70 | $ 795.00 |
| 23 | $ 495.00 | 47 | $ 645.00 | 71 | $ 795.00 |
| 24 | $ 495.00 | 48 | $ 645.00 | 72 | $ 795.00 |

Total    $ 42,598.48

```
Label Matrix for local noticing          24 Hour Physicians, Inc.              AFNI
0540-4                                    P.O. Box 4346, Dept. 452              P.O. Box 94063
Case 19-40292                             Houston, TX 77210-4346                Palatine, IL 60094-4063
Eastern District of Texas
Sherman
Wed Jul  1 19:23:57 CDT 2020

ARS National Services, Inc.              AT&T Mobility                         Amcol Systems, Inc.
P.O. Box 469046                           P.O. Box 537104                       111 Lancewood Rd.
Escondido, CA 92046-9046                  Atlanta, GA 30353-7104                Columbia, SC 29210-7523


American Coradius International, LLC     American Medical Collection Agency    Ashley Funding Services, LLC
2420 Sweet Home Rd., Suite 150            P.O. Box 1235                         Resurgent Capital Services
Amherst, NY 14228-2244                    Elmsford, NY 10523-0935               PO Box 10587
                                                                                Greenville, SC 29603-0587


Baylor Scott & White                     Baylor University Medical Center      Bonial & Associates, P.C.
P.O. Box 842727                           3500 Gaston Avenue                    14841 Dallas Parkway, Suite 425
Dallas, TX 75284-2727                     Dallas, TX 75246-2088                 Dallas, TX 75254-8067


Burns, Cooper & Associates               CBHV                                  Capital One Bank (USA), N.A.
P.O. Box 1459                             P.O. Box 831                          4515 N Santa Fe Ave
Sulphur Springs, TX 75483-1459            Newburgh, NY 12551-0831               Oklahoma City, OK 73118-7901


Capital One Bank, N.A.                   CareNow                               Chase Bank USA, N.A.
P.O. Box 30285                            P.O. Box 743571                       c/o Robertson, Anschutz & Schneid, P.L.
Salt Lake City, UT 84130-0285             Atlanta, GA 30374-3571                6409 Congress Avenue, Suite 100
                                                                                Boca Raton, Florida 33487-2853


(p)JPMORGAN CHASE BANK  N A              Comenity Bank                         Credit Collection Service
BANKRUPTCY MAIL INTAKE TEAM               4590 E. Broad Street                  P.O. Box 55126
700 KANSAS LANE FLOOR 01                  Columbus, OH 43213-1301               Boston, MA 02205-5126
MONROE LA 71203-4774


Credit One Bank                          Credit Systems International          (p)CREDIT UNION OF TEXAS
P.O. Box 60500                            1277 Country Club Lane                P O BOX 515718
City of Industry, CA 91716-0500           Fort Worth, TX 76112-2304             DALLAS TX 75251-5718


Discover Financial Services              Discover Student Loans                Dish Network
P.O. Box 733509                           PO Box 30925                          1910 Joe Stephens Ave.
Dallas, TX 75373-3509                     Salt Lake City, UT 84130-0925         Weslaco, TX 78599-3702


Diversified Healthcare Services, Inc.    Carey D. Ebert                        Fed Loan Servicing
P.O. Box 830808                           P. O. Box 941166                      ATTN: Bankruptcy
Richardson, TX 75083-0808                 Plano, TX 75094-1166                  P.O. Box 69184
                                                                                Harrisburg, PA 17106-9184
```

| | | |
|---|---|---|
| Financial Corporation of America<br>P.O. Box 732651<br>Dallas, TX 75373-2651 | First Choice Emergency Room<br>220 E. Las Colinas, Ste. 1000<br>Irving, TX 75039-1226 | Freedom Mortgage<br>301 Harper Dr.<br>Mt. Laurel, NJ 08054 |
| Freedom Mortgage Corporation<br>14841 Dallas Parkway, Suite 425<br>Dallas, TX 75254-8067 | Freedom Mortgage Corporation<br>10500 Kincaid Drive<br>Fishers, Indiana 46037-9764 | GEICO<br>2280 N Greenville Ave.<br>Richardson, TX 75082-4412 |
| Hunt County<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Melissa L. Palo<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, Tx 75207-2328 | Hunt County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Melissa L. Palo<br>2777 N. Stemmons Frwy<br>Suite 1000<br>Dallas, TX 75207-2328 | Hunt Regional Medical Center<br>4215 Joe Ramsey Blvd. E<br>Greenville, TX 75401-7852 |
| IC System<br>P.O. Box 64738<br>St. Paul, MN 55164-0378 | Internal Revenue Service<br>Special Procedures - Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Erin Colleen Kubala<br>3505 Spruce Street<br>Royse City, TX 75189-6228 |
| Joseph John Kubala III<br>3505 Spruce Street<br>Royse City, TX 75189-6228 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Laboratory Corporation of America<br>1801 1st Ave. S #101<br>Birmingham, AL 35233-1910 |
| MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Medicredit<br>P.O. Box 1629<br>Maryland Heights, MO 63043-0629 | Midland Credit Management (MCM)<br>P.O. Box 60578<br>Los Angeles, CA 90060-0578 |
| Gregory W. Mitchell<br>The Mitchell Law Firm, L.P.<br>1412 Main Street<br>Suite 500<br>Dallas, TX 75202-4042 | Optum Bank<br>2525 Lake Park Blvd, #101<br>Salt Lake City, UT 84120-8230 | (p)PMAB LLC<br>4135 SOUTH STREAM BLVD SUITE 400<br>CHARLOTTE NC 28217-4636 |
| Melissa L. Palo<br>Linebarger Goggan Blair & Sampson LLP<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX 75207-2328 | Penn Credit Corporation<br>P.O. Box 69703<br>Harrisburg, PA 17106-9703 | Chandra Dianne Pryor<br>Bonial & Associates PC<br>14841 Dallas Pkwy., Ste.425<br>Dallas, TX 75254-8067 |
| QVC<br>1200 Wilson Dr.<br>West Chester, PA 19380-4262 | Red River Valley Radiology<br>P.O. Box 100<br>Paris, TX 75461-0100 | Riddle & Williams<br>3811 Turtle Creek Blvd., Suite 500<br>Dallas, TX 75219-4497 |
| Rockwall CAD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Melissa L. Palo<br>2777 N. Stemmons Frwy<br>Suite 1000<br>Dallas, TX 75207-2328 | Rockwall Urgent Care<br>810 E Ralph Hall Pkwy<br>Rockwall, TX 75032-6879 | John Schlotter<br>Mccalla Raymer Leibert Pierce, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |

| | | |
|---|---|---|
| (p)SUDDENLINK COMMUNICATIONS<br>6013 63RD STREET<br>LUBBOCK TX 79424-2718 | Synchrony Bank<br>ATTN: Bankruptcy Dept.<br>P.O. Box 965061<br>Orlando, FL 32896-5061 | Texas Health Physicians Group<br>9229 LBJ Freeway<br>Dallas, TX 75243-4403 |
| Texas Medicine Resources<br>1105 N Central Expy<br>Allen, TX 75013-6103 | Texas Secretary of State<br>101 E. 15th St.<br>Austin, TX 78778-1442 | The Mitchell Law Firm, L.P.<br>12720 Hillcrest Road, Suite 625<br>Dallas, Texas 75230-2163 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | USAA Federal Savings Bank<br>10750 McDermott Freeway<br>San Antonio, TX 78288-9876 |
| United Revenue Corp<br>204 Billings St., Suite 210<br>Arlington, TX 76010-2495 | (p)WALNUT HILL MEDICAL CENTER<br>7515 GREENVILLE AVENUE<br>STE 710<br>DALLAS TX 75231-3848 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Wells Fargo Financial<br>3455 Beltline Rd., N. Suite 215<br>Irving, TX 75062-7861 | Lance E. Williams<br>Riddle & Williams, P.C.<br>3811 Turtle Creek Blvd<br>Suite 500<br>Dallas, TX 75219-4497 | Woodland Creek HOA<br>3811 Turtle Creek Blvd., Suite 500<br>Dallas, TX 75219-4497 |
| Woodland Creek of Royse City<br>c/o Riddle and Williams<br>3811 Turtle Creek Blvd<br>Suite 500<br>Dallas, TX 75219-4497 | Stephen Wu<br>Mackie, Wolf, Zientz and Mann<br>14160 North Dallas Parkway, Suite 900<br>Dallas, TX 75254-4314 | Michael Zientz<br>Mackie Wolf & Zientz, P.C.<br>14160 N. Dallas Parkway, Suite 900<br>Dallas, TX 75254-4314 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Credit Union of Texas<br>P.O. Box 517028<br>Dallas, TX 75251 | (d)Credit Union of Texas<br>PO Box 515718<br>Dallas TX 75251 |
| PMAB, LLC<br>4135 S Stream Blvd, #400<br>Charlotte, NC 28217 | Suddenlink Communications<br>520 Maryville Centre Dr.<br>St. Louis, MO 63141 | Walnut Hill Medical Center<br>7502 Greenville Ave.<br>Dallas, TX 75231 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Carey D. Ebert
P. O. Box 941166
Plano, TX 75094-1166

(d)Rockwall CAD
Linebarger Goggan Blair & Sampson, LLP
c/o Melissa L. Palo
2777 N. Stemmons Frwy
Suite 1000
Dallas, TX 75207-2328

End of Label Matrix
Mailable recipients    77
Bypassed recipients     2
Total                  79